UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal No: 12-62-GFVT |
| | ) | |
| V. | ) | |
| | ) | |
| EARNEST DONALD CARR, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

*** *** *** ***

This matter is before the Court on the Report and Recommendation [R. 29] filed

by United States Magistrate Judge Hanly A. Ingram. The Report and Recommendation

addresses the issue of whether Defendant Earnest Donald Carr is competent to stand trial

pursuant to 18 U.S.C. § 4241. Judge Ingram advises that based on the competency

examination performed by Dr. Judith Campbell, Ph.D., Carr is competent to stand trial

and recommends that the Court find him competent for further proceedings in this matter.

Judge Ingram's Report advises the parties that any objections must be filed within

fourteen (14) days of service. [*Id.*] The time to file objections has passed, and neither

party has objected nor sought an extension of time to do so.

Generally, this Court must make a *de novo* determination of those portions of the

Report and Recommendation to which objections are made. 28 U.S.C. § 636(b)(1)(c).

When no objections are made, this Court is not required to "review . . . a magistrate's

factual or legal conclusions, under a de novo or any other standard . . . ." *See Thomas v.

Arn*, 474 U.S. 140, 151 (1985). Parties who fail to object to a magistrate's report and

recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States v.Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has examined the record, and agrees with the Magistrate Judge's Report and Recommendation.

Accordingly, the Court being sufficiently and otherwise advised, it is hereby

**ORDERED** as follows:

(1)     The Magistrate Judge's Report and Recommendation [R. 29] is **ADOPTED** as the opinion of this Court; and

(2)     The Court **FINDS** that Carr is competent to face further proceedings in this matter including arraignment and trial.

This 22nd day of May, 2013.

Signed By:

*Gregory F. Van Tatenhove*

United States District Judge